MacKnight Flintic Stone Company, Appellant, *v.* The City of New York et al., Respondents. (Actions 1 and 2.)

*MacKnight Flintic Stone Co.* v. *City of New York,* 78 App. Div. 640, 641, affirmed.

(Argued October 22, 1903; decided November 10, 1903.)

Appeals from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1903, affirming judgments in favor of defendants entered upon dismissals of the complaints by the court on trial at Special Term.

*L. Laflin Kellogg* and *Alfred C. Petté* for appellant.

*Louis Marshall* for respondents.

Judgments affirmed, with costs ; no opinion.
Concur: Parker, Ch. J., Gray, Haight, Martin, Vann, Cullen and Werner, JJ.

---

William Weidman, Appellant, *v.* The City of New York, Respondent.

*Weidman* v. *City of New York,* 84 App. Div. 321, affirmed.
(Argued October 22, 1903; decided November 10, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*W. M. Rosebault* for appellant.

*George L. Rives, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Judgment affirmed, with costs ;. no opinion.
Concur: Parker, Ch. J., Gray, Haight, Martin,.Vann, Cullen and Werner, JJ.